## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.     2:24-cv-06118-MWC-AJR                    Date:  December 9, 2024
                                                      Page 1 of 2

Title:     Travon Gray v. Martin J. O'Malley

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On August 28, 2024, *pro se* Plaintiff Travon Gray ("Plaintiff") filed an Amended Complaint against Defendant Martin J. O'Malley, Commissioner of Social Security ("Defendant").  (Dkt. 10.)  On October 28, 2024, Defendant filed an Answer.  (Dkt. 11.) Pursuant to the Court's July 24, 2024 Scheduling Order, Plaintiff had until **November 27, 2024** -- 30 days from the filing of Defendant's Answer -- to file his initial brief.  (Dkt. 5 at 2.)

As of today, Plaintiff has neither filed an initial brief nor requested an extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an initial brief.  Plaintiff is ordered to file an initial brief by **December 23, 2024** or show cause why this action should not be dismissed with prejudice for failure to prosecute.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CIVIL MINUTES – GENERAL

Case No.     2:24-cv-06118-MWC-AJR                    Date:  December 9, 2024
                                                       Page 2 of 2

Title:     Travon Gray v. Martin J. O'Malley

_____

     **Plaintiff is expressly advised that if he does not file an initial brief by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.**  If Plaintiff no longer wishes to pursue this action, he may voluntarily dismiss the entire action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.


     IT IS SO ORDERED.


<u>Attachment:</u>
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).